Sheehan & Associates, P.C.  505 Northern Blvd Ste 311, Great Neck NY 11021-5101
cpatalano@spencersheehan.com  tel. 516.303.0552    fax 516.234.7800

July 10, 2020

District Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  1:20-cv-01291-GHW-OTW
     Campbell v. Whole Foods Market Group, Inc.

Dear District Judge Woods:

      This office represents the plaintiff. On Monday, July 6, 2020, defendant served and filed a letter seeking a pre-motion conference for filing a motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6). In accordance with your Honor's Individual Rules (C.i), plaintiff is required to submit a letter setting forth its position within five days after the request is received.

      In accordance with your Honor's Individual Rules and Fed. R. Civ. P. 15(a)(1)(B), plaintiff shall amend the complaint on or before Monday, July 27, 2020. *Solis v. McAleenan*, No. 19-cv-5383 (S.D.N.Y. Dec. 5, 2019) ("Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course."); *Martinez v. LVNV Funding, LLC*, No. 14-cv-00677, 2016 WL 5719718, at *3 (E.D.N.Y. Sept. 30, 2016); *M.E.S., Inc. v. Liberty Mut. Sur. Group.*, No. 10-cv-0798, 2014 WL 46622 (E.D.N.Y. Jan. 6, 2014), *2 (noting that a plaintiff's amendment as of right in response to defendant's pre-motion letter seeking dismissal "allow[s] for the more efficient use of the Court's time and resources because the Court need only meet with the Parties once…and the need for the motion may be obviated if the amended pleading deals with Defendants' concerns."). Thank you.

      Respectfully submitted,

      /s/Christopher Patalano
      Christopher Patalano

## Certificate of Service

I certify that on July 10, 2020, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Christopher Patalano