**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CHANDRA CAMPBELL,

        Plaintiff,

        -against-

WHOLE FOODS MARKET GROUP, INC.,

        Defendant.

------------------------------------------------------------x

20-cv-1291 (GHW) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Pursuant to the Civil Case Management Plan and Scheduling Order dated October 26, 2021 (ECF 28), the Parties were directed to file a joint status letter on **January 7, 2021 and every 60 days thereafter**. The parties only filed one status letter on January 8, 2021. The parties are hereby ORDERED to file a joint status letter with the information specified in the October 26, 2021 Order **by April 5, 2021 and every 60 days thereafter**.

      **SO ORDERED.**

Dated: March 30, 2021
       New York, New York

            _s/ Ona T. Wang_
            **Ona T. Wang**
            United States Magistrate Judge