United States District Court
Southern District of New York

1:20-cv-01291-GHW-OTW

Chandra Campbell, individually and on behalf of all others similarly situated,

                Plaintiff,

- against -

Stipulation of Dismissal

Whole Foods Market Group, Inc.,

                Defendant

Plaintiff and defendant stipulate that this action is voluntarily dismissed with prejudice, without costs. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: July 21, 2021

| Sheehan & Associates, P.C. | Blaxter Blackman LLP |
|---|---|
| Spencer Sheehan | David P Adams |
| 60 Cuttermill Rd Ste 409 | 601 California Street, Suite 1505 |
| Great Neck NY 11021 | San Francisco, CA 94108 |
| Tel: (516) 268-7080 | Tel: (415) 500-7700 |
| spencer@spencersheehan.com | dadams@blaxterlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |